LAW OFFICES

# Joel S. Walter and Associates, P.C.
## Joel S. Walter, Esq.

225 BROADWAY, SUITE ~~1605~~ 905
NEW YORK, NY 10007
212-566-3900

TELECOPIER: 212-566-6699
E-mail: cdarrowj@gmail.com

OF COUNSEL
ROBERT A. BOLAND, ESQ.*
*Admitted in New York & Georgia
SANDRA R. SCHIFF, ESQ.
MICHAEL H. SOROKA, ESQ.

April 5, 2011

The Honorable Judge Sandra L. Townes
United States District Court Judge
United States District Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   USA V. BAMBINO ET AL.
      10 CR 147 (SLT)

Dear Judge Townes:

    Louis Romeo, defendant in the above-captioned case, requests permission to join in the motions of his co-defendants to the extent they are applicable to his case and leave to file additional motions as they become necessary.

Respectfully submitted:

Joel S. Walter & Associates, P. C.

By: _____
Joel S. Walter, Esq.

JSW/nt